1  KEVIN E. HELM (NBN: 3432)
   KevinH@helmandassociates.net
2  HELM & ASSOCIATES
3  2330 Paseo Del Prado, Suite C103
   Las Vegas, NV 89102
4  Telephone:   (702) 258-0022
   Facsimile:   (702) 258-0114
5
6  JEFFREY N. LABOVITCH (NBN: 10915)
   jlabovitch@nicolaidesllp.com
7  NICOLAIDES FINK THORPE
   MICHAELIDES SULLIVAN LLP
8  4365 Executive Drive, Suite 950
   San Diego, CA 92121
9  Telephone:   (858) 257-0703
   Facsimile:   (858) 257-0701

10 ADAM J. KAISER (*pro hac vice forthcoming*)
   Adam.Kaiser@alston.com
11 ALSTON & BIRD LLP
12 90 Park Avenue
   New York, NY 10016
13 Telephone:   (212) 210-9400
   Facsimile:   (212) 210-9444
14
15 Attorneys for Respondent
   AMERICAN HOME ASSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| QT MANAGEMENT; AND IDB GROUP USA INVESTMENTS;<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN HOME ASSURANCE COMPANY; and DOES 1 THROUGH 20, INCLUSIVE,<br><br>Respondents. | Case No. 2:18-cv-00832-APG-GWF<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR RESPONDENT AMERICAN HOME ASSURANCE COMPANY TO FILE AN OPPOSITION TO PLAINTIFFS' MOTION TO STAY ARBITRAL PROCEEDINGS**<br>**(First Request)** |

STIPULATION TO EXTEND TIME

1

**STIPULATION FOR EXTENSION OF TIME TO FILE OPPOSITION**

Plaintiffs QT Management and IDB Group USA Investments (collectively, "Plaintiffs") and Respondents American Home Assurance Company ("American Home" and together with Plaintiffs the "Parties"), by and through their counsel, respectfully submit the following Stipulation to allow American Home until on or before June 22, 2018 to file an opposition to Plaintiffs' Motion for Stay of Arbitration filed on May 24, 2018. Plaintiffs shall reply to American Home's response within seven days after service of the response.

1. On May 24, 2018, Plaintiffs filed a Motion for Stay of Arbitration (ECF No. 8) and served a copy thereof on American Home.

2. American Home's deadline to oppose Plaintiffs' Motion for Stay of Arbitration is June 7, 2018.

3. This is the first stipulation for extension of time to file an Opposition to Plaintiffs' Motion for Stay of Arbitration.

4. Good cause for the stipulation exists. The Parties have entered into so-ordered stipulations providing for reciprocal extensions of time in multiple related actions currently pending in Nevada and New York for similar motions to allow for consistency in their arguments. The Parties respectfully request the extension in this

///
///
///
///
///
///
///
///
///

action in order to ensure that the Court receive a full an accurate briefing of the motion before it.

IT IS SO STIPULATED.

DATED this 7th day of June, 2018      DATED this 7th day of June, 2018

MORALES FIERRO & REEVES      HELM & ASSOCIATES

*/s/ Marc J. Derewetzky*      */s/ Kevin E. Helm*
Marc J. Derewetzky (NBN: 6619)      Kevin E. Helm (NBN: 3432)

MORALES FIERRO & REEVES
600 So. Tonopah Drive, Suite 300
Las Vegas, NV 89106
Telephone: (702) 669-7844

Attorneys for Plaintiffs
QT Management and IDB Group USA Investments

HELM & ASSOCIATES
2330 Paseo Del Prado, Suite C103
Las Vegas, NV 89102
Telephone: (702) 258-0022
Facsimile: (702) 258-0114
KevinH@helmandassociates.net

Attorneys for Respondent
American Home

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE/
Dated: June 11, 2018.